STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Jerry Toler

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case Number: CR 16-45 RS |
|---|---|
| Plaintiff, | |
| v. | **Joint Stipulation and [~~Proposed~~] Order Continuing March 22, 2016, Status Hearing to April 12, 2016** |
| **Jerry Toler,** | Date:   March 22, 2016 |
| Defendants. | Time:  2:30 p.m. |

**STIPULATION**

Defendant Jerry Toler is currently set for status hearing before the Court on March 22, 2016.

Counsel for Mr. Toler is currently out of the country and cannot be present for the hearing. Accordingly,

the parties are jointly requesting a continuance of the currently set motion hearing date from March 22,

2016, to **April 12, 2016, at 2:30 p.m.**

Additionally, the parties jointly request an exclusion of time under the Speedy Trial Act from

March 22, 2016, to April 12, 2016.  As counsel is unavailable to meet and confer with Mr. Toler, failure to

Jt. Stip. Cont. Hearing & [Prop.] Order
CR 16-45 RS                                        1

grant a continuance would unreasonably deny Mr. Toler the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(6) and (h)(7).

SO STIPULATED.

Dated:  March 21, 2016                          /s/ *Katherine Lloyd-Lovett*
                                                                  Katherine Lloyd-Lovett
                                                                  Special Assistant United States Attorney

Dated:  March 21, 2016                          /s/ *Candis Mitchell*
                                                                  CANDIS MITCHELL
                                                                  Attorney for Defendant Toler

# [Proposed] Order

1

2

For the reasons stated above, the Court continues the motion hearing date from March 22, 2016,

3

to **April 12, 2016, at 2:30 p.m**.

4

5

Time is ordered excluded from March 22, 2016, to April 12, 2016, pursuant to the Speedy Trial

6

Act, 18 U.S.C. § 3161(h)(6) and (h)(7).

7

8

SO ORDERED.

9

Dated: _3/21/16_____

_____

10

**RICHARD SEEBORG**
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jt. Stip. Cont. Hearing & [Prop.] Order
CR 16-45 RS                                    3