STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Jerry Toler

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>            Plaintiff,<br><br>v.<br><br>**Jerry Toler,**<br><br>            Defendants. | Case Number: CR 16-45 RS<br><br>**Joint Stipulation and [Proposed]<br>Order Continuing May 10, 2016,<br>Status Hearing to May 24, 2016**<br><br>Date:  May 10, 2016<br>Time:  2:30 p.m. |

## STIPULATION

Defendant Jerry Toler is currently set for status hearing before the Court on May 10, 2016. Counsel for Mr. Toler will be travelling on that date and cannot be present for the hearing. Accordingly, the parties are jointly requesting a continuance of the currently set motion hearing date from May 10, 2016, to **May 24, 2016, at 2:30 p.m.**

Additionally, the parties jointly request an exclusion of time under the Speedy Trial Act from May 10, 2016, to May 24, 2016. As counsel is unavailable to meet and confer with Mr. Toler, failure to grant a

Jt. Stip. Cont. Hearing & [Prop.] Order
CR 16-45 RS                                                        1

continuance would unreasonably deny Mr. Toler the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(6) and (h)(7).

SO STIPULATED.

Dated:  May 9, 2016                    /s/ *Katherine Lloyd-Lovett*
                                       Katherine Lloyd-Lovett
                                       Special Assistant United States Attorney

Dated:  May 9, 2016                    /s/ *Candis Mitchell*
                                       CANDIS MITCHELL
                                       Attorney for Defendant Toler

# [~~Proposed~~] Order

For the reasons stated above, the Court continues the motion hearing date from May 10, 2016, to **May 24, 2016, at 2:30 p.m**.

Time is ordered excluded from May 10, 2016, to May 24, 2016, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (h)(7).

SO ORDERED.

Dated: 5/9/16

_____
**RICHARD SEEBORG**
United States District Judge