STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Jerry Toler

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>        Plaintiff,<br><br>v.<br><br>**Jerry Toler,**<br><br>        Defendants. | Case Number: CR 16-45 RS<br><br>**Joint Stipulation and [~~Proposed~~] Order Continuing June 21, 2016, Status Hearing to July 5, 2016**<br><br>Date:  June 21, 2016<br>Time:  2:30 p.m. |

### STIPULATION

Defendant Jerry Toler is currently set for status hearing before the Court on June 21, 2016. Counsel for Mr. Toler was informed today that he is suffering from medical issues related to his back and is unable to travel to court. Accordingly, the parties are jointly requesting a continuance of the currently set status hearing date from June 21, 2016, to **July 5, 2016, at 2:30 p.m.**

Additionally, the parties jointly request an exclusion of time under the Speedy Trial Act from June 21, 2016, to July 5, 2016.  As counsel is unavailable to meet and confer with Mr. Toler, failure to grant a

Jt. Stip. Cont. Hearing & [Prop.] Order
CR 16-45 RS                                                                     1

continuance would unreasonably deny Mr. Toler the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(6) and (h)(7).

SO STIPULATED.

Dated:  June 21, 2016                    */s/ Katherine Lloyd-Lovett*
                                                          Katherine Lloyd-Lovett
                                                          Special Assistant United States Attorney

Dated:  June 21, 2016                    */s/ Candis Mitchell*
                                                          CANDIS MITCHELL
                                                          Attorney for Defendant Toler

# [~~Proposed~~] Order

For the reasons stated above, the Court continues the motion hearing date from June 21, 2016, to **July 5, 2016, at 2:30 p.m**.

Time is ordered excluded from June 21, 2016, to July 5, 2016, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (h)(7).

SO ORDERED.

Dated: 6/21/16

**RICHARD SEEBORG**
United States District Judge