1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)
Special Assistant United States Attorney

5

6 |     450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6821

7 |     Fax:  (415) 436-7027
    E-Mail:  katherine.lloyd-lovett@usdoj.gov

8 | Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: CR 16-00045 RS |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 5, 2016, TO JANUARY 23, 2017 |
| v. | ) | |
| JERRY TOLER, | ) | |
| Defendant. | ) | |

    The defendant, JERRY TOLER, represented by CANDIS MITCHELL, and the government represented by KATHERINE M. LLOYD-LOVETT, Special Assistant United States Attorney, appeared before the Court on July 5, 2016, at 2:30 p.m., for a status hearing. Upon the request of the parties, the Court set a further hearing in this matter for September 20, 2016, at 2:30 p.m., and set trial in this matter for January 23, 2017. The parties requested that time be excluded under the Speedy Trial Act between July 5, 2016, and January 23, 2017, for effective preparation of counsel.

    Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 5, 2016, and January 23, 2017, would unreasonably deny

PROPOSED ORDER EXCLUDING TIME
16-CR-00045 RS

1  counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
3  excluding the time between July 5, 2016, and January 23, 2017, from computation under the Speedy
4  Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
5  HEREBY ORDERED that the time between July 5, 2016, and January 23, 2017, shall be excluded from
6  computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  DATED: _7/5/16_

RICHARD SEEBORG
United States District Judge

PROPOSED ORDER EXCLUDING TIME
16-CR-00045 RS                                         2